UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN BELL,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No.  1:21-cv-00786-HBK (SS)<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*, DIRECTING CLERK TO ISSUE THE SCHEDULING ORDER<br><br> (Doc. No. 2) |

Pending before the Court is Plaintiff's motion for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915 in this Social Security appeal. (Doc. No. 2). Plaintiff's declarations in the motion satisfies the requirements under § 1915 to proceed *in forma pauperis*. By separate order, this Court will issue its Scheduling Order.

Accordingly, it is **ORDERED:**

1. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED**.

2. The Clerk is directed to issue the Scheduling Order.

3. The Clerk is directed to issue summons and service shall proceed under the Court's E-Service program as set forth in the Scheduling Order.

1  IT IS SO ORDERED.

3  Dated:   June 16, 2021

                                      HELENA M. BARCH-KUCHTA
                                      UNITED STATES MAGISTRATE JUDGE