1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      KAREN BELL,                                    Case No.  1:21-cv-00786-HBK

12                      Plaintiff,                      ORDER GRANTING PARTIES'
                                                        STIPULATED MOTION TO REMAND
13             v.                                       UNDER SENTENCE FOUR OF 42 U.S.C. §
                                                        405(g), REVERSING FINAL DECISION AND
14      KILOLO KIJAKAZI, ACTING                         REMANDING CASE[1]
        COMMISSIONER OF SOCIAL
15      SECURITY,,                                      (Doc. No. 19)

16                      Defendant.

17                                                      ORDER MOOTING PLAINTIFF'S MOTION
                                                        FOR SUMMARY JUDGMENT
18
                                                        (Doc. No. 18)
19

20

21            Pending before the Court is the parties' joint motion to remand filed November 4, 2022.

22      (Doc. No. 19).  Plaintiff Karen Bell and the Commissioner of Social Security agree that this case

23      should be remanded for further administrative proceedings under sentence four of 42 U.S.C. §

24      405(g).  (*Id.*).

25            The United States Supreme Court held that the Social Security Act permits remand in

26      conjunction with a judgment either affirming, reversing, or modifying the Secretary's decision.

27      _____
        [1] Both parties have consented to the jurisdiction of a magistrate judge in accordance with 28 U.S.C.
28      §636(c)(1).  (Doc. No. 9).

1   *See Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991) (addressing issue of attorney's fees under

2   the Equal Access to Justice Act and calculating deadline using date of final judgment).  The

3   *Melkonyan* court recognized 42 U.S.C. § 405(g) contemplates only two types of remand –

4   sentence four or sentence six.  *Id.* at 98.  A sentence four remand authorizes a court to enter "a

5   judgment affirming, modifying, or reversing the decision of the Secretary, with or without

6   resetting the cause for a rehearing."  *Id.* (other citations omitted).

7           The Court grants the parties' motion to remand under sentence four and reverses the

8   Commissioner's final decision.  Upon remand, the Administrative Law Judge should re-evaluate

9   the evidence of record and issue a new decision.

10          Accordingly, it is **ORDERED**:

11          1.  Pursuant to sentence four of 42 U.S.C.§ 405(g), the Court grants the joint motion to

12   remand (Doc. No. 19) and REVERSES the Commissioner's decision.  This case is REMANDED

13   to the Commissioner of Social Security for further proceedings consistent with this Order.

14          2.  An application for attorney fees may be filed by separate motion.

15          3.  Plaintiff's Motion for Summary Judgment (Doc. No. 18) is MOOT.

16          4.  The Clerk shall enter judgment in favor of Plaintiff, terminate any deadlines, and close

17   this case.

18

19   Dated:    November 7, 2022

HELENA M. BARCH-KUCHTA
20                                                          UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2